IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CRUZ,

      Plaintiff,                    No. CIV S-10-1162 JAM EFB P

      vs.

MICHAELS, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.  Although his form application, not issued by the Eastern District of California, includes a "Certificate" signed by institutional staff, that certificate does not include the balance

1

1  of plaintiff's trust account statement for the 6-month period immediately preceding the filing of
2  the complaint, as required by § 1915(a)(2).  Plaintiff may comply with this requirement by either
3  submitting a certified copy of his trust fund account statement or having prison officials
4  complete the "Certificate" portion of the form application for leave to proceed *in forma pauperis*
5  issued by this court (the Eastern District of California).
6       Accordingly, plaintiff has 30 days from the date this order is served to submit the
7  required trust account statement.  Failure to comply with this order will result in a
8  recommendation that this action be dismissed.  The Clerk of the court is directed to send to
9  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
10      So ordered.
11 DATED:  May 25, 2010.

                            _____
                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

2