1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL CRUZ,

11           Plaintiff,                        No. CIV S-10-1162 JAM EFB P

12        vs.

13   MICHAELS, et al.,

14           Defendants.                       ORDER

15   _____/

16         Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

17   brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

18   pursuant to 28 U.S.C. § 636(b)(1).

19         Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20   U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21   (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22   in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23   28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24   preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25   ////

26   ////

1

1        The agency having custody of plaintiff is required to forward to the Clerk of the Court

2   the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3   the amount in the account exceeds $10, until the filing fee is paid. *Id.*

4        The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5   pauperis application upon the Director of the California Department of Corrections and

6   Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7        So ordered.

8   Dated:  September 28, 2010.

9                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26