IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CRUZ,

     Plaintiff,                     No. CIV S-10-1162 KJM EFB P

vs.

MICHAELS, et al.,

                                ORDER GRANTING LEAVE TO AMEND

     Defendants.

_____/

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This action currently proceeds on the complaint filed May 11, 2010. Defendants have not filed an answer or a motion for summary judgment, having been granted an extension of time until February 20, 2011 to file a response to the complaint. On January 24, 2011, plaintiff filed a motion for leave to file an amended complaint.

Under the applicable rule, "A party may amend its pleading once as a matter of course before being served with a responsive pleading." Fed. R. Civ. P. 15(a)(1)(A). Here, plaintiff filed his motion to amend the complaint together with a first amended complaint on January 24, 2011, and defendants have yet to file a responsive pleading. Thus, plaintiff must be permitted to proceed on the first amended complaint.

////

1

1    Accordingly, it hereby is ORDERED that:

2    1. Plaintiff's January 24, 2011 motion to file an amended complaint is granted; and

3    2. Defendants have 30 days from the date this order is served to respond to the amended complaint.

Dated: February 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2