IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CRUZ,

    Plaintiff,                    No. 2:10-cv-1162 KJM EFB P

    vs.

MICHAELS, et al.,

    Defendants.              <u>ORDER</u>

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He moves to modify the discovery and scheduling order. Good cause appearing, IT IS HEREBY ORDERED that the October 22, 2012 schedule is modified as follows:

    1. The parties may conduct discovery until April 26, 2013. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than February 21, 2013.

    2. Dispositive motions shall be filed on or before June 27, 2013.

    3. Further, the Clerk shall terminate docket number 56.

Dated: January 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE