1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL CRUZ,

11            Plaintiff,                    No. 2:10-cv-1162 KJM EFB P

12       vs.

13   MICHAELS, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This action proceeds on the January 24, 2011 amended complaint on plaintiff's

18   Eighth Amendment deliberate indifference to medical needs claims against defendants

19   Reynolds, Clark, and Mallet, and his excessive force claims against defendant Brown.  *See*

20   Complaint (Dckt. No. 21); March 13, 2012 Order (Dckt. No. 48).  On January 15, 2013, the

21   court issued an amended scheduling order, providing that, absent good cause, no further

22   amendments to the complaint would be permitted.  Dckt. No. 57 (citing *Johnson v. Mammoth*

23   *Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).  Plaintiff now seeks leave to add a

24   retaliation claim to his complaint.  Dckt. No. 58.

25        A scheduling order may be modified upon a showing of good cause.  Fed. R. Civ. P.

26   16(b).  Good cause exists when the moving party demonstrates he cannot meet the deadline

1

1    despite exercising due diligence.  *Johnson*, 975 F.2d at 609.  According to plaintiff, "the

2    underlying facts and evidence" supporting his proposed retaliation claim "have been visible

3    from the genesis of these proceedings."  Dckt. No. 58 at 5.  Nevertheless, plaintiff apparently

4    neglected to allege a retaliation claim earlier because he is not experienced in the law.  *Id.*

5    Plaintiff's inexperience with the law, however, does not justify modification of the scheduling

6    order.  Plaintiff is required to comply with the Federal Rules of Civil Procedure and the Local

7    Rules of the Eastern District of California.  *See McNeil v. United States*, 508 U.S. 106, 113

8    (1993) (procedural requirements apply to all litigants, including prisoners lacking access to

9    counsel); L.R. 183(a) ("Any individual representing himself or herself without an attorney is

10   bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable

11   law.").  Because the deadline for amending the complaint has passed, and because plaintiff fails

12   to demonstrate good cause to modify the schedule, plaintiff's motion to amend the complaint

13   must be denied.

14          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend his complaint

15   (Dckt. No. 58) is denied.

16   DATED:  February 26, 2013.

17                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

2